## (January 14, 1971)

■ ALEXANDER SZOSTAK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No.

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.